**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In Re:                                                                              Bky Case No. 25-30426

Zachary C. Anderson,                                                                Chapter 7
Faith M. Anderson,
fka Faith M. Johnson,

                            Debtors.
_____/

**ORDER**

On January 9, 2026, Creditor Agrifund, LLC, filed a Motion for Order Authorizing Rule 2004 Examinations of Zachary C. Anderson, Faith M. Anderson, and a Representative of Great American Insurance Company, and Issuance of Discovery Subpoenas.  Agrifund also seeks the production of documents and electronically stored information and document subpoenas to elevators and commercial buyers of crops within a 100-mile radius of the Debtor's former farming operation located in Becker, Minnesota.  On February 5, 2026, the Court held a hearing on the motion.  For the reasons stated on the record, the Court finds cause for granting part of the relief Agrifund requests.

**IT IS ORDERED:**

1. The motion for an Order authorizing Rule 2004 examinations is granted in part.

2. Agrifund is authorized to examine Zachary C. Anderson, Faith M. Anderson, and a representative of Great American Insurance Company and to issue subpoenas to these parties as provided under Rule 9016 to compel testimony and production of documents and electronically stored information within the scope of Federal Rule of Bankruptcy Procedure 2004.

3.    The examinations shall be conducted in person or remotely via video conference (at the movant's discretion) at a time and location convenient to all parties.

4.    Agrifund's request for authorization to issue document discovery subpoenas to elevators and commercial buyers of crops within a 100 mile radius of Debtor's former farming operation located in Becker, Minnesota, is denied.

Dated this 5th day of February, 2026.

Shon Hastings, Judge
United States Bankruptcy Court